# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148830

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 148830
                                   COA: 312801

LEONARD LEEYOUNG KEYS,
     Defendant-Appellant.

                                   Oakland CC: 2012-241280-FC

_____/

       On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       CAVANAGH, J., would grant leave to appeal.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



                                     Clerk

s1020